May 24, 2021

Honorable Jeremy D. Kernodle
United States District Court
221 W. Ferguson Street, 1st Floor
Tyler, Texas 75702

Re:   Cause No. 6:20-cv-00346; *Chelsey Evans, Individually and as Personal Representative of the Estate of James Michael Evans, Deceased, Corey Evans, Chase Evans, and Brittany Sell; vs. John Christner Trucking, LLC, William R. Weimer, and Rickey Dale Mahan;* In The United States District Court For The Eastern District of Texas Tyler Division

Dear Judge Kernodle:

This case was mediated on Wednesday May 19, 2021 via Zoom. All necessary parties and their representatives participated.

I am reporting to the court that all claims between Plaintiffs and Defendants were **RESOLVED** and the case **DID SETTLE**.

The parties have been advised to file a joint notice of settlement and a joint motion to stay proceedings pending filing of final documents.

                                                        Yours Truly,
                                                        /s/ Richard Grainger
                                                        Richard Grainger, Mediator
                                                        P. O. Box 491 Tyler, Texas 75710
                                                        Phone: 903.595.3514
                                                        graingerpc@aol.com

RG/tf