## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| CHELSEY EVANS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:20-cv-00346-JDK |
| | § | |
| JOHN CHRISTNER TRUCKING, | § | |
| LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER CLOSING CASE

Before the Court is Plaintiffs' Stipulation of Dismissal With Prejudice (Docket No. 36).  As per the notice, Plaintiffs' claims against Defendants in this case are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Each party shall bear its own costs and fees.  All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **28th** day of **July, 2021.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE